UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELO WISE,

                   Petitioner,                Case Number 2:13-cv-10360
                                                 Honorable Paul D. Borman

v.

MARY BERGHUIS,

                 Respondent.
_____/

OPINION AND ORDER DENYING MOTION FOR RECONSIDERATION [Dkt. 16]

      Petitioner, Angelo Wise, a state prisoner, filed this case under 28 U.S.C. § 22541. On February 15, 2013, the Court denied Petitioner's motion for an evidentiary hearing without prejudice. Petitioner has filed a motion for reconsideration. He state no basis whatsoever for his motion. Rather, he simply states that he wishes the Court to reconsider its order.

      Local Rule 7.1(h) allows a party to file a motion for reconsideration. However, a motion for reconsideration which presents the same issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. *Ford Motor Co. v. Greatdomains.com, Inc.*, 177 F. Supp. 2d 628, 632 (E.D. Mich. 2001). The movant must not only demonstrate a palpable defect by which the court and the parties have been misled but also show that a different disposition of the case must result from a correction thereof. A palpable defect is a defect that is obvious, clear, unmistakable, manifest, or plain. *Witzke v. Hiller*, 972 F. Supp. 426, 427 (E.D. Mich. 1997). Because Petitioner has not shown any

reason why the Court's prior order was erroneously entered, his motion for reconsideration is **DENIED.**

    **SO ORDERED.**

                                          s/Paul D. Borman  
                                          PAUL D. BORMAN  
                                          UNITED STATES DISTRICT JUDGE

Dated: February 3, 2014

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 3, 2014.

                                          s/Deborah Tofil  
                                          Case Manager